IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

VLADIMIR MOROZOV,

     Appellant,

 v.

                        Case No.  5D22-1073
                        LT Case No. 2021-CA-1209

HANCOCK WHITNEY BANK F/K/A
HANCOCK BANK AND SOUTH
HAMPTON ASSOCIATION, INC.,

     Appellees.

_____/

Decision filed May 16, 2023

Appeal from the Circuit Court
for St. Johns County,
Howard M. Maltz, Judge.

Vladimir Morozov, Jacksonville, pro
se.

Mark S. Mitchell, of Rogers Towers,
P.A., Jacksonville, for Appellees.


PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., HARRIS and MACIVER, JJ., concur.